**John BELLMONT v. STATE.**
No. 16978.

Court of Criminal Appeals of Texas.
June 6, 1934.

Wright Stubbs, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for passing a forged instrument; punishment, three years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.